**Robert PENDLETON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 56892.**

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 23, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 7, 1990.

Application to Transfer Denied
April 17, 1990.

Ellen A. Blau, St. Louis, for appellant.

William L. Webster, Atty. Gen., Frank A. Jung, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM.

Movant, Robert Pendleton, appeals from the denial of his Rule 24.035 motion without an evidentiary hearing. The findings and conclusions of the motion court are not clearly erroneous. Rule 24.035(i). An extended opinion would serve no jurisprudential purpose. We affirm. Rule 84.16(b).